UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    v.                                    Criminal No. 04-CR-126-PB

**Jerry Shanahan, et al.**

### O R D E R

The defendants have moved to continue the November 1, 2005 trial in the above case, citing the complexity of the case and the need for additional time to complete extensive discovery and prepare a defense. The government objects to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 1, 2005 to March 7, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The October 19, 2005 final pretrial conference is continued until February 16, 2005 at 3:30 p.m.

SO ORDERED.

_____
Paul Barbadoro
United States District Judge

September 17, 2005

cc: Peter D. Anderson, Esq.
John Bueker, Esq.
William Cintolo, Esq.
Victor Dahar, Esq.
Mark B. Dubnoff, Esq.
Andrew Good, Esq.
Cathy Green, Esq.
John Kissinger, Esq.
Michael L. Koenig, Esq.
Richard McCarthy, Esq.
Karen Pickett, Esq.
Michael Ramsdell, Esq.
James Rehnquist, Esq.
Bruce Singal, Esq.
David Vicinanzo, Esq.
William Morse, AUSA
United States Marshal
United States Probation