```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                    Case No. 04-cr-126-01/06-PB

<u>Robert Gagalis, et al.</u>

                                   <u>ORDER</u>

    Re: Document No. 126 , Motion to Exclude

    Ruling: Motion denied without prejudice to defendants' right to renew when the evidence is offered.  The government shall not refer to the sales in its opening statement and shall notify the defendants before it attempts to offer evidence concerning the sales.

                                            /s/ Paul Barbadoro
                                            Paul Barbadoro
                                            U.S. District Judge

Date:  February 13, 2006

cc:  Counsel of Record